

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2019

No. 04-19-00228-CV

**IN THE INTEREST OF T.J., ET AL CHILDREN,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02673
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Elva Chapa's notification of late reporter's record is hereby NOTED. Time is extended to May 13, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court